IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cr-00377-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ROY SMITH,

    Defendant.

---

ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

---

Upon consideration of the Government's Motion to Disclose Grand Jury Materials under Specified Conditions to Attorneys for the Defendant Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I), it is

ORDERED that copies of the transcripts of testimony given before the grand jury and other grand jury materials be disclosed to the attorneys for the defendant for preparation for trial.

IT IS FURTHER ORDERED that:

1.    Defense counsel make only such copies as are necessary to prepare a defense of this criminal case;

2. Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of this order allowing disclosure with the materials;

3. No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

4. At the conclusion of the case in this court, by entry of the court's judgment, defense counsel collect all such copies and return them to the government within ten days.

DATED at Denver, Colorado, on January 12, 2006.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge

PDF FINAL