IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00377-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROY SMITH,

    Defendant.

## ORDER

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Count Two of the Indictment in the above-captioned case is dismissed.

Dated this 13th day of February, 2007.

BY THE COURT:

Walker D. Miller
District Court Judge