IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00377-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROY SMITH,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

The United States and Defendant Roy Smith entered into a Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. §2253;

THAT prior to the disposition of the assets, the United States Marshals Service, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 18 U.S.C. §2253(m);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Roy Smith's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. §2253:

    a. One E-Machines desktop computer, serial number CA13910003706;

    b. One flat panel monitor, serial number 3QC111138S20652;

    c. One HP Photo Smart printer, serial number CN4CM210KT; and

    d. One HP all-in-one printer/scanner/copier, serial number CN45AG40HB.

THAT the United States Marshals Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make your return as provided by law;

THAT the United States Marshals Service, or its designated sub-custodian, shall publish notice of this Order of Forfeiture in accordance with 18 U.S.C. §2253(m) in a newspaper of general circulation in Denver, Colorado, and in all cities in which the property was seized, for four consecutive weeks and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §2253(m), in which all interests will be addressed.

SO ORDERED this 15th day of February, 2007.

BY THE COURT:

WALKER D. MILLER
United States District Court Judge