IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00377-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROY SMITH,

    Defendant.

---

**FINAL ORDER OF FORFEITURE AND JUDGMENT**

---

THIS MATTER comes before me on the United States' Motion for Final Order of Forfeiture and Judgment. After review of her file, I find:

1. The United States commenced this action pursuant to 18 U.S.C. §2253;

2. A preliminary Order of Forfeiture was entered on February 15, 2007;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 2253(m); and

4. There is cause to issue a forfeiture order under 18 U.S.C. §2253;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

1. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §2253, free from the claims of any other party:

    a. One E-Machines desktop computer, serial number CA13910003706;
    b. One flat panel monitor, serial number 3QC111138S20652;

    c. One HP Photo Smart printer, serial number CN4CM210KT; and
    d. One HP all-in-one printer/scanner/copier, serial number CN45AG40HB.

2. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED at Denver, Colorado, on November 28, 2007.

                                                BY THE COURT:

                                                s/ Walker D. Miller
                                                United States District Judge